UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

DAVID V. JORDAN,

        *Plaintiff*,

v.

UNIT MANAGER BERTOLINI, *et al.*

        *Defendants*.

Civil Action No. 1:15-cv-313 (BJR)

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' Motion to Dismiss is **DENIED**.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 2nd day of March, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE